

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|   |   |   |
|---|---|---|
| | § | |
| | | No. 08-16-00341-CR |
| BRYANT LAWRENCE | § | |
| FAULKENBERRY, | | Appeal from the |
| | § | |
| Appellant, | | 264th District Court |
| | § | |
| v. | | of Bell County, Texas |
| | § | |
| THE STATE OF TEXAS, | | (TC# 75191) |
| | § | |
| State. | | |
| | § | |

**O R D E R**

Appellant, Bryant Lawrence Faulkenberry, has filed a notice of appeal from the judgment of conviction. The trial court certified that Appellant waived the right of appeal, but after the plea, Appellant indicated that he wished to withdraw that waiver and pursue an appeal. The trial court then appointed counsel to represent Appellant on appeal. Under the circumstances, it is not clear whether the trial court has granted permission to appeal and whether the certification is accurate.

The appeal is therefore abated and the trial court is ordered to prepare and file an amended certification clarifying Appellant's right of appeal. *See* TEX.R.APP.P. 25.2(f). A supplemental clerk's record containing the trial court's amended certification shall be filed with this Court no later than thirty days from the date of this order. *See* TEX.R.APP.P. 25.2(d), 34.5(c)(2), 37.1.

Further, the Court Reporter's request for an extension of time to file the reporter's record shall remain pending until the issue of the trial court certification is resolved.

IT IS SO ORDERED this 4th day of January, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.